IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THERESA BARACKER,

    Plaintiff,

v.                                                          CV 16-378 WPL/KK

SALLY JEWELL, Secretary, U.S.
DEPARTMENT OF THE INTERIOR;
and OFFICE OF THE SPECIAL TRUSTEE
FOR AMERICAN INDIANS,

    Defendants.

**ORDER GRANTING IN PART THE PARTIES'**
**JOINT MOTION TO EXTEND**

The parties jointly filed a motion to extend deadlines for discovery and for pretrial motions. (Doc. 26.) The motion is granted in part. Any deadline not specifically addressed in this Order remains unchanged. The new deadlines are:

1. Discovery terminates **March 10, 2017**;

2. Discovery motions are due **March 15, 2017**; and

3. Dispositive motions, including *Daubert* motions, are due **March 24, 2017**.

It is so ordered.

                                                                    William P. Lynch
                                                                      United States Magistrate Judge