# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

THERESA BARACKER,

    Plaintiff,

v.                                                                              CV 16-378 WPL/KK

SALLY JEWELL, Secretary, U.S.
DEPARTMENT OF THE INTERIOR;
and OFFICE OF THE SPECIAL TRUSTEE
FOR AMERICAN INDIANS,

    Defendants.

# ORDER

The parties stipulated to two extensions of briefing for the pending Motion for Summary Judgment (Doc. 31). (Docs. 32, 33.) The Response is due April 19, 2017, and the Reply is due May 3, 2017. No additional extensions, of any kind, will be allowed. The parties may not stipulate to additional extensions. No extensions to the remaining pretrial deadlines will be granted or allowed.

It is so ordered.

_____
William P. Lynch
United States Magistrate Judge